

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAVIER MARTINEZ, | ) | Case No. CV 09-5541-SJO  (MLG) |
|      Petitioner, | ) | JUDGMENT |
|      v. | ) | |
| J.F. SALAZAR, Warden, | ) | |
|      Respondent. | ) | |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated:  ___8/13/09_____

                               *S. James Otero*

                               _____
                               S. James Otero
                               United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY